# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Eaton Corporation ) ASBCA No. 61203
)
Under Contract No. W58RGZ-05-D-0065 )

APPEARANCES FOR THE APPELLANT: Thomas A. Lemmer, Esq.
Phillip R. Seckman, Esq.
Jeremiah J. McIntyre, Esq.
Dentons US LLP
Denver, CO

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Srikanti Schaffner, Esq.
Trial Attorney
Defense Contract Management Agency
Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 12 February 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61203, Appeal of Eaton Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals